UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:18-cv-142-FDW

| | |
|---|---|
| EARL JAMES WATSON, | ) |
| Plaintiff, | ) |
| vs. | ) **ORDER** |
| PAULA SMITH, et al., | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on Plaintiff's Motion for Reconsideration of Appointment of Counsel, (Doc. No. 12).

There is no absolute right to the appointment of counsel in civil actions such as this one. Therefore, a plaintiff must present "exceptional circumstances" in order to require the Court to seek the assistance of a private attorney for a plaintiff who is unable to afford counsel. Miller v. Simmons, 814 F.2d 962, 966 (4th Cir. 1987).

Plaintiff reiterates his request for the appointment of counsel that was denied in the Order on initial review of the Complaint. (Doc. No. 8 at 10-11). Plaintiff has already been informed that the appointment of counsel is not warranted. The record reflects that Plaintiff has been able to adequately represent himself in these proceedings. This case does not present exceptional circumstances that justify appointment of counsel. Therefore, Plaintiff's motion seeking reconsideration will be denied.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Reconsideration of Appointment of Counsel, (Doc. No. 12), is **DENIED**.

1

Signed: January 29, 2019

Frank D. Whitney
Chief United States District Judge