UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CV-00142-FDW

| | |
|---|---|
| EARL JAMES WATSON, | ) |
| Plaintiff, | ) |
| v. | ) **DEFENDANT'S MOTION FOR** |
| | ) **SUMMARY JUDGMENT** |
| PAULA SMITH, et al., | ) |
| Defendants. | ) |

**NOW COMES** Defendants George Bowden, Wendy Brewton, Jack Clelland, April Foreman, William Glick, Lecia Goines, Sylvia Murphy, Lawrence Parsons, and Bruce Randall, ("Defendants"), by and through the undersigned counsel, and move the Court pursuant to Rule 56 of the Federal Rules of Civil Procedure for summary judgment.

Defendants contend that the record in this case establishes that there are no genuine issues of material fact and that Defendants are entitled to prevail as a matter of law on all claims stated in this action. Specifically, the record demonstrates that Defendants Bowden, Brewton, Foreman, Goines, Murphy, and Randall did not act with deliberate indifference to a serious medical need of Plaintiff, or otherwise violate Plaintiff's constitutional or other rights. Further, the record demonstrates that Defendants Clelland, Glick and Parsons did not fail to train and/or supervise their staff. Defendants are also entitled to prevail as a matter of law based upon qualified immunity. Defendants' arguments and legal authorities in support of this motion are set forth in detail in a brief being filed simultaneously with this motion. Defendants rely further on the

Affidavits and Exhibits attached thereto, which are also being filed simultaneously with this motion.

WHEREFORE, based upon the arguments and authorities set forth in Defendants' Memorandum of Law, Defendants respectfully request that this Motion for Summary Judgment be allowed, and that the claims against them in this action be dismissed.

This the 19th day of July, 2021.

JOSHUA H. STEIN
ATTORNEY GENERAL

/s/ Adrina G. Bass
Adrina G. Bass
Assistant Attorney General
N.C. State Bar No. 39521
N.C. Department of Justice
Post Office Box 629
Raleigh, North Carolina 27602-0629
Telephone: (919) 716-0322
Fax: (919) 716-6761

Attorney for Defendants Murphy, Goines, Parsons, Clelland, Glick, Foreman, Brewton, Randall, and Bowden

# CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing the **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** with the Clerk of the Court utilizing the CM/ECF system and mailed a copy of the foregoing document via United States Mail, postage-prepaid to the following non-CM/ECF participant:

Earl James Watson
OPUS No. 0427261
Albemarle Correctional Institution
P.O. Box 460
Badin, NC 28009
*Pro Se*

This the 19th day of July, 2021.

/s/Adrina G. Bass
Adrina G. Bass
Assistant Attorney General